dered should stand, and that the case should go back to the County Court for a new trial. We are loath to attempt to make findings of fact upon affidavits which appear so inconclusive upon their face. The defendants to succeed in their defense must show either that they tendered the money before the twenty days had elapsed after their default, or conduct on the part of the plaintiffs of such a nature as amounts to a waiver of such tender or would make such tender impossible. Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ., concur.

PHOEBE CATHARINE VIETS, Appellant, v. ELWYN A. VIETS, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

THOMAS WATTS, Respondent, v. CHARLES B. BARKER, Appellant, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements. Plaintiff's motion for judgment upon the pleadings denied, with ten dollars costs, and defendant's motion for judgment granted, with ten dollars costs. This action was instituted to obtain a declaratory judgment. Such an action was unknown to the common law, and was not authorized by the Code of Civil Procedure or any statute of this State. Section 473 of the Civil Practice Act * applies only to actions commenced after that act took effect. Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.

BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY, Individually and as President of Milk Wagon Drivers' Union, Local 584, etc., and Others, Defendants. ALEXANDER BLOOMFIELD, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay of the execution of the order for thirty days granted to enable the appellant to apply to the Court of Appeals for permission. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY, Individually and as President of Milk Wagon Drivers' Union, Local 584, etc., and Others, Defendants. JAMES F. BRENNAN, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay of the execution of the order for thirty days granted to enable the appellant to apply to the Court of Appeals for permission. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY, Individually and as President of Milk Wagon Drivers' Union, Local 584, etc., and Others, Defendants. GUS HOCHENBERGER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay of the execution of the order for thirty days granted to enable the appellant to apply to the Court of Appeals for permission. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY, Individually and as President of Milk Wagon Drivers' Union, Local 584, etc., and Others, Defendants. JOHN JOHL, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay of the execution of the order for thirty days granted to enable the appellant to apply to the Court of Appeals for permission. Present—Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

* See, also, Rules of Civil Practice, rule 210 et seq.— [REP.